■ Joseph P. Maxon, Appellant, v Woods Oviatt Gilman LLP et al., Respondents. [872 NYS2d 326]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered May 30, 2008 in a legal malpractice action. The order granted the motion of defendants for summary judgment dismissing the complaint and denied the cross motion of plaintiff for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the

decision at Supreme Court. Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.